UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.C.A.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 2:19-cv-02603-AB-SHK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' Joint Stipulation, the relevant records on file, the Report and Recommendation ("R&R") of the United States Magistrate Judge, and Defendant's Objections to the R&R.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered **REVERSING** the final decision of the Commissioner of the Social Security Administration and **REMANDING** the case for further administrative proceedings.

DATED:  April 15, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　United States District Judge