JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.C.A.,<br><br>                              Plaintiff,<br><br>          v.<br><br>ANDREW M. SAUL, Commissioner of<br>Social Security,<br><br>                              Defendant. | Case No. 2:19-cv-02603-AB-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order Accepting the Findings and Recommendation of the United States Magistrate Judge.

DATED:  April 15, 2020

_____
HONORABLE ANDRE BIROTTE JR.
United States District Judge